UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAOFANG JIANG,<br><br>                Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>                Defendants. | No. CV 21-06516 PA (JPRx)<br><br>**ORDER OF DISMISSAL**<br><br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss Case Pending submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice.  Each party shall bear his, her or its own costs, expenses and attorney's fees.

Dated: November 9, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1